UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN DUKES** | **CIVIL ACTION NO.** |
| **VERSUS** | **25-78-BAJ-EWD** |
| **MANSHIP MEDIA, LLC** | |

### ORDER

**IT IS ORDERED** that the Motion for Leave to File Amended Complaint, filed by Kevin Dukes ("Dukes"), is **GRANTED**. Federal Rule of Civil Procedure 15(a)(1)(A) permits amendment to a pleading as a matter of course within twenty-one (21) days after serving it.[1] The proposed amendment seeks to substitute Manship Media, LLC for Georges Media, LLC as the correct defendant in this case. Accordingly,

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SUBSTITUTE** Manship Media, LLC for Georges Media, LLC as the defendant in this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send this Order to Plaintiff Kevin Dukes by regular and by certified mail, return receipt requested to 7633 Bozeman Avenue, Baton Rouge, Louisiana 70812.

Signed in Baton Rouge, Louisiana, on February 5, 2025.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] This Order shall not be considered a determination on whether subject matter jurisdiction has been adequately alleged or whether it exists.

K. Dukes via certified mail No. 9589 0710 5270 1607 9440 60