UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVIN DUKES                                                              CIVIL ACTION

VERSUS

MANSHIP MEDIA HOLDINGS,                              NO. 25-00078-BAJ-EWD
WBRZ LLC

ORDER

Before the Court is Plaintiff's *pro se* **Motion For Leave to Withdraw Federal Complaint and Transfer to 19th Judicial District Court. (Doc. 17).** In the Motion, Plaintiff seeks to withdraw and voluntarily dismiss his claims without prejudice under Federal Rule of Civil Procedure 41(a)(2) because Plaintiff intends to re-file his claims in state court. Alternatively, Plaintiff asks the Court to transfer this case to state court.

Rule 41(a)(2) provides for dismissal by Court Order on Plaintiff's request, and that is the appropriate disposition of this case. Accordingly, and for good cause shown,

**IT IS ORDERED** that Plaintiff's **Motion For Leave to Withdraw Federal Complaint and Transfer to 19th Judicial District Court (Doc. 17)** is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that all claims of Plaintiff Kevin Dukes are hereby **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to re-file in state court.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to

**TERMINATE** this case and all pending Motions.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order on Plaintiff Kevin Dukes by regular and by certified mail, return receipt requested at the address listed on PACER.

Baton Rouge, Louisiana, this 15th day of July, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**